UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-50093 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| TYLER GRIMES, | |
| Defendant. | |

The undersigned Defendant stipulates that the following facts are true, and the parties agree they establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Between on or about February 2, 2022, and February 6, 2022, the Defendant, Tyler Grimes, used the internet-based application Omegle and his cellular phone attached to the internet to entice a minor to engage in sexually explicit activity. The minor was born in February of 2014, making her seven years old at all relevant times. At all relevant times, the minor was in Rapid City, South Dakota, and the Defendant was in Virginia. The minor used her father's iPad and his email address to communicate with the Defendant over the internet. The Defendant used his cellular phone to communicate with the minor over the internet.

During his communications with the minor, the Defendant repeatedly asked her for nude photos and videos of herself. In response, the minor

produced and sent the Defendant multiple images and videos of her nude vagina and anus, and of her masturbating. After the Defendant's communications were discovered by the minor's father, the minor was forensically interviewed. During the forensic interview, the minor explained the Defendant used Omegle to communicate with her, and that the Defendant and she exchanged sexually explicit messages and images.

Rapid City Police Detective Matthew Almeida forensically examined the minor's iPad. He located 37 images of child pornography, 22 videos of child pornography, and numerous messages between the email address associated with the iPad and the Defendant's cellular phone number. Many of these images and videos were sent to the Defendant at his request.

The Defendant's cellular phone was seized by law enforcement officers in Virginia several months later, in December 2022. At that time, agents located various images of Tyler's penis, some of which had been sent to the minor between February 2, 2022, and February 6, 2022. The Defendant had blocked the email address associated with the minor's iPad, and had deleted or hidden the images and videos she sent him.

The Defendant could be charged with a federal criminal offense for exploiting the minor in the ways described herein, pursuant to 18 U.S.C. § 2251(a). The minor's face, body, and genitals were clearly visible in the images and videos she sent the Defendant. The Defendant agrees he believed the minor

was under age 18 when he enticed her to send sexually explicit imagery of herself.

ALISON J. RAMSDELL
United States Attorney

3/11/2024
Date

HEATHER KNOX
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
E-Mail: Heather.Sazama@usdoj.gov

03/04/24
Date

TYLER GRIMES
Defendant

3·11·24
Date

ELLERY GREY
Attorney for Defendant

3